BEFORE THE FIRST DIVISION, NOVEMBER 18, 1954

**No. 58515.**—F. S. Whelan & Sons et al. *v.* United States, protests 167073–K, etc. (Detroit).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *E. Dillingham, Inc.* (41 C. C. P. A. 221, C. A. D. 555), the claim for free entry under paragraph 1805 as pickets was sustained.